# JAMES J. CERBONE, ESQ., P.C.
## ATTORNEY AT LAW

**JAMES J. CERBONE**
LL.M. IN TRIAL ADVOCACY
MEMBER N.J. & N.Y. BAR

**TAMMY M WHITE**
Member NJ Bar

**BOARD CERTIFIED
BUS.BANKRUPTCY LAW**
AMERICAN BOARD OF CERTIFICATION

**MEMBER: AMERICAN
BANKRUPTCY INSTITUTE**

**2430 Route 34
Building B, Suite 22
Wall, NJ 08736**
——

**PHONE: 732-681-6800
FAX: 732-681-7787**

**PLEASE REPLY TO
WALL OFFICE**

**E-MAIL:**
CerboneLawFirm@aol.com

February 1, 2023

Honorable Michael B Kaplan
402 East State Street
Trenton, NJ 08650

### RE: Stefanie Nolan

Dear Honorable Michael B Kaplan:

Please withdraw the certification in opposition, docket number #18, it wasn't attached to

the appropriate motion. Should you have any questions, please contact our office at the

number above.

Very truly yours

/s/James J Cerbone
James J Cerbone