Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 22−18589−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stefanie Nolan
   139 Algonquin Trail
   Brick, NJ 08724

Social Security No.:
   xxx−xx−4570

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/24/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 24, 2023
JAN: wiq

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 22-18589-MBK

Stefanie Nolan                                                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                                             Page 1 of 2
Date Rcvd: Mar 24, 2023              Form ID: 148                                         Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stefanie Nolan, 139 Algonquin Trail, Brick, NJ 08724-3850 |
| 519748903 | + | JDRMDBP, Attn: KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519748902 | + | JDRMDBP, Attn: KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 24 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 24 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519792879 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2023 21:00:14 | Hackensack, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519805401 | | Email/Text: bknotices@snsc.com | Mar 24 2023 20:52:00 | SN Servicing Corp., 323 5th Street, Eureka, CA 95501 |
| 519749026 | + | EDI: RMSC.COM | Mar 25 2023 00:39:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2023                                  Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor JDRMDBP-SM LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Stefanie Nolan cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4